UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DESMOND DEHANEY,                                                        Docket No.:

                                Plaintiff,

        -against-                                                       **JURY DEMAND**
                                                                              **OF DEFENDANT**

BJ'S WHOLESALE CLUB, INC.

                                Defendants.
-----------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 38, Defendant hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

Dated: Northport, New York
       August 10, 2022

                                              Yours, etc.

                                              BRODY, O'CONNOR & O'CONNOR, ESQS.
                                              Attorneys for Defendant

                                  By: _____
                                          THOMAS M. O'CONNOR (TO 5247)
                                          7 Bayview Avenue
                                          Northport, New York 11768
                                          (631) 261-7778
                                          File No.: BJ 22-190 TO

TO:   MARK B. RUBIN, P.C.
        Attorneys for Plaintiff
        3413 White Plains Road
        Bronx, New York 10467
        (718) 231-1515