UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND DEHANEY,
                    Plaintiff,

-v-

BJ'S WHOLESALE CLUB, INC.
                    Defendant.

22-CV-6890 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on August 15, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 29, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by August 22, 2022.

    SO ORDERED.

Dated: August 18, 2022.
       New York, New York

_____
J. PAUL OETKEN
United States District Judge